UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KIM M. BROWN,

                Plaintiff,

   v.

CITY UNIVERSITY OF NEW YORK,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT

21-CV-0854 (PKC) (MMH)

      A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on February 27, 2025, granting Defendant's motion for summary judgment in its entirety; and dismissing Plaintiff's remaining claims; it is

      ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted in its entirety, and Plaintiff's remaining claims are dismissed.

Dated: Brooklyn, New York
       February 28, 2025

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk