UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KIM M. BROWN,                                                  21 Civ. 854 (PKC)(PK)

                  Plaintiff,

vs.                                                        **NOTICE OF APPEAL**

THE CITY UNIVERSITY OF NEW YORK,

                  Defendants.

-----------------------------------------------------------x

**NOTICE** is hereby given that Plaintiff KIM M. BROWN hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order, granting Defendant's Motion for Summary Judgment entered in this action on the 27th day of February 2025 and from the judgment duly entered on February 28, 2025.

Dated: New York, New York
       March 25, 2025                                      Respectfully submitted,

                                                            STEWART LEE KARLIN
                                                            LAW GROUP, PC

                                                            _____
                                                            STEWART LEE KARLIN
                                                            Attorney for Plaintiff
                                                            111 John Street, 22nd Floor
                                                            New York, N.Y. 10038
                                                            (212) 792-9670